AO 91 (Rev.5/85)   Criminal Complaint

**FILED**

# United States District Court

FEB 29 2008

### NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **FREDRICK GREEN** | CASE NUMBER: |
| | 3  08  70118  MEJ |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>February 11, 2008</u> in <u>San Francisco</u> county, in the <u>Northern</u> District of <u>California</u>, the defendant(s) did, willfully attempt to intimidate, coerce, threaten and harass a foreign official and obstruct a foreign official in the performance of his duties.

in violation of Title <u>18</u> United States Code, Section <u>112 (b)(2), Class B Misdemeanor.</u>

I further state that I am a Special Agent and that this complaint is based upon the following facts:

See affidavit of William Alfano, attached hereto and incorporated by reference

Maximum penalties: 6 months imprisonment, $5,000 fine, 1 year supervised release, $10 special assessment

Continued on the attached sheet and made a part here of:   (X) Yes   ( ) No

Approved
As to Form: _____ *[signature]* for
AUSA Jonathan Schmidt

_____ *[signature]*
William Alfano, Special Agent, DSS

Sworn to before me and subscribed in my presence,

February 29, 2008                                at             San Francisco, California
Date                                                             City and State

Maria-Elena James, U.S. Magistrate Judge                     _____ *[signature]*
Name and Title of Judicial Officer                           Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA

City and County of San Francisco, CA

) ss. AFFIDAVIT
)

AFFIDAVIT IN SUPPORT OF CRIMINAL
COMPLAINT CHARGING FREDRICK GREEN
WITH ATTEMPTING TO INTIMIDATE, COERCE, THREATEN,
HARASS AND OBSTRUCT A FOREIGN OFFICIAL
IN VIOLATION 18 U.S.C. §112 (b)(2)

**Affiant Background**

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States State Department. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate threats against diplomatic personnel and diplomatic establishments.

2. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since December 2006, and have received and receive on an ongoing basis, training in the laws, rules and regulations the Vienna Convention and other federal laws which govern the protection and security of diplomats.

3. This affidavit establishes probable cause to arrest FREDRICK GREEN for Attempting to Intimidate, Coerce, Threaten, Harass and Obstruct a Foreign Official, in violation of 18 U.S.C. § 112 (b)(2), Class B Misdemeanor. FREDRICK GREEN is alleged to have threatened and obstructed an Egyptian Consul. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation.

**The Vienna Convention and Foreign Officials**

4. The United States became a party to the Vienna Convention on Consular Relations on or about 1963. This convention in short, governs the exchange of Consuls (or officers authorized to represent a country), and prohibits interference into their business, affairs, and premises. Consuls generally work out of Consulates, which are diplomatic establishments recognized and certified by the United States Department of State as premises which cannot be interfered with. Consuls, including Deputy Consuls, are "foreign officials" as defined in 18 U.S.C. § 1116 (a)(B)(3)(B).

**Facts Supporting Probable Cause**

     5.  On February 11, 2008, and on other dates, Egyptian Deputy Consul Khalad Elshazly "ELSHAZLY", was interviewed by the San Francisco Police Department and Diplomatic Security Special Agent Jeff Dubsick, and reported the following in sum: On this day, during official business hours, he heard a man yelling outside of his Consulate. After one minute of the yelling, he went to investigate from a second floor balcony and saw a man with a bag standing outside the Consulate's fence yelling, "Send me back home...I'm a messenger." An Egyptian Consulate security guard denied him access to Consulate grounds. The man then rattled the gates demanding access. A Consulate Employee was sent down to inquire to why he was upset. The man proceeded to yell, "We will kill you/ My family will kill you." ELSHAZLY called 911 fearing that the situation was escalating, threatening himself, the Consulate and his employee confronting the man. The man then made eye contact with ELSHAZLY in an angry manner. ELSHAZLY opined he drew that man's attention because he was the boss and his staff was deferring to him for instructions. While looking directly in his eyes, the man kept screaming that he was the messenger and "Allah Akbar." The man then threw the bag down, which made ELSHAZLY feel personally threatened and scared. ELSHAZLY thought the man was going to draw a weapon from his bag and kill him and the whole staff. ELSHAZLY stated that it took 29 minutes for police to arrive. During that time, he was personally scared to leave the Consulate and no member of his staff was able to leave, nor could members of the public enter the Consulate.

     6.  On February 11, 2008, an Egyptian Consulate employee reported the following to the San Francisco Police Department and to SA Dubsick: On this day, he heard a man yelling in front of the Egyptian Consulate. He went to investigate the yelling and spoke with the man through a wrought-iron fence, while standing inside of the Consulate's premises. He witnessed that man state that he was a member of the Royal Family and that he wanted to go home. He told the man to leave, at which time the man began yelling and told him, "I will kill you and all of your family back home."

     7.  On February 11, 2008, and on other dates, a service worker was interviewed by the San Francisco Police Department and DSS SA William Alfano and reported the following: He was installing a camera inside the Egyptian Consulate gate when he saw a man approach the gate and yell "Let me in, I want to go home now." The man was yelling in an obnoxious loud voice directed at the Consulate grounds, while rattling the fence. After he saw a Consulate employee come out to talk to the man, he heard him say that he would "kick the staff's ass," and that he would "kill the staff." The man continued to demand to be let inside the Consulate.

     8.  On February 11, 2008, and on other dates, a neighbor next to the Egyptian Consulate was interviewed by the San Francisco Police Department and reported the following: She heard a man yelling in an angry voice near her apartment. She looked out the window and saw a man in front of the Egyptian Consulate waving his arms. She heard the man yell, "I am going to kill you, you punk," which led her to contact 911

because she thought he was a threat towards the Consulate or a Consulate employee. She heard the yelling for several minutes before the police arrived.

9. On February 11, 2008, the San Francisco Police Department and SA Dubsick responded to a 911 call at the Egyptian Consulate. They arrested this man in front of the Consulate for California Penal Code violations concerning threats and resisting arrest. Search incident to arrest revealed identification documents in the name of FREDRICK GREEN. Arrest fingerprints also further corroborated his identity as FREDRICK GREEN.

10. On February 21, 2008, SA Dubsick reviewed Department of State records and learned that ELSHAZLY and Egyptian Consul General Abderahman Salah Eldin were both duly notified to the United States as officers of the Egyptian government and Consulate and are recognized as such. In other words, they are foreign officials. It should also be noted that the Egyptian Consulate is located in the Marina District of San Francisco, in the Northern District of California. There are approximately 15 Consulate employees located at the facility, including the Egyptian Consul General and Deputy Consul who were present on February 11, 2008, when the incident described above happened.

**Conclusion**

11. On February 11, 2008, when Fredrick GREEN approached the Egyptian Consulate in San Francisco, CA and demanded to be let inside the Consulate grounds, demanded to be sent home to Egypt and threaten consulate employees, I believe probable cause exists that FREDRICK GREEN violated 18 U.S.C. 112 (b)(2), when attempting to intimidate, coerce, threaten and obstruct consulate employees, including the Egyptian Deputy Consul General Khalad Elshazly and Consul General Abderahman Salah Eldin.

William Alfano
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON February 29, 2008

The Honorable Maria-Elena James
US Magistrate Judge
Northern District of California