# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

### OFFENSE CHARGED

18 U.S.C Section 112(b)(2) - Assault on Federal Officer (Class B misdemeanor)

☐ Petty   ☐ Minor   ☒ Misdemeanor   ☐ Felony

E-filing

**PENALTY:** 6 months imprisonment, $5,000 fine, 1 year supervised release, $10 special assessment.

**DEFENDANT - U.S.**
▶ FREDERICK GREEN

**DISTRICT COURT NUMBER:** CR 08 0150 MAG

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   3-08-70118 MEJ

Name and Office of Person Furnishing Information on this form: **JOSEPH P. RUSSONIELLO**
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **JONATHAN SCHMIDT**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5                              E-filing
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12 UNITED STATES OF AMERICA,        )  No.                            MAG
                                    )
13        Plaintiff,                )
                                    )  VIOLATION: 18 U.S.C. § 112(b)(2) -
14     v.                           )  Assault on a Federal Officer (Class B
                                    )  misdemeanor)
15 FREDERICK GREEN,                 )
                                    )
16        Defendant.                )
                                    )  SAN FRANCISCO VENUE
17 _____  )
18
19                              INFORMATION
20
21 The United States Attorney charges:
22    On or about February 11, 2008, in the Northern District of California, the defendant,
23                              FREDERICK GREEN,
24 did willfully attempt to intimidate, coerce, threaten, harass and obstruct the following foreign
25 officials in the performance of their duties: the Egyptian Consul General and the Egyptian
26 Deputy Consul General, in violation of Title 18, United States Code, Section 112(b)(2), a Class
27 //
28 //

INFORMATION

-2-

1 | B misdemeanor.
2 |
3 | DATED: 3-11-08

JOSEPH P. RUSSONIELLO
United States Attorney

JONATHAN SCHMIDT
Assistant United States Attorney

(Approved as to form: _____ )
JONATHAN SCHMIDT
Assistant United States Attorney

INFORMATION        -2-