UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0150 MAG |
| Plaintiff, ) | |
| v. ) | ORDER REINSTATING AND MODIFYING CONDITIONS OF PRETRIAL RELEASE BOND |
| FREDERICK GREEN, ) | |
| Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED that the pretrial release bond for Frederick Green is reinstated and modified as follows:

1) Mr. Green shall reside at Christ-centered Achievers Living Effective-lives Boldly (CALEB), 6115 International Boulevard, Oakland, California, and shall abide by all rules of CALEB.

2) Mr. Green shall not leave the CALEB facility, with the sole exceptions being for court appearances, medical appointments, and appointments to meet with his attorney.

3) The condition of the bond requiring Ms. Betty Green to serve as a custodian is hereby eliminated.

//

ORDER REINSTATING AND MODIFYING
CONDITIONS OF PRETRIAL RELEASE BOND
CR 08-0150 MAG

4) The condition of the bond requiring Mr. Green to submit to electronic monitoring is also hereby eliminated.

Mr. Green is further ordered to appear before this Court on April 25, 2008, at 10:30 a.m. for further proceedings.

IT IS SO ORDERED.

DATED: ___March 18, 2008___          

_____
THE
United    Judge Joseph C. Spero
           gistrate Judge

ORDER REINSTATING AND MODIFYING
CONDITIONS OF PRETRIAL RELEASE BOND
CR 08-0150 MAG