# UNITED STATES DISTRICT COURT

for the

## Northern District of California

U.S.A. vs. FREDERICK GREEN           Docket No. CR08-0150 MAG

**Petition for Arrest Warrant for Defendant Under Pretrial Supervision**

| | |
|---|---|
| Name of Defendant: | Frederick Green |
| Name of Judicial Officer: | Joseph C. Spero, U.S. Magistrate Judge |
| Date of Release: | March 19, 2008 |
| Charged Offense: | Title 18, United States Code, Section 112(b)(2)- Assault on a Federal Officer |
| Release Conditions: | $25,000 Unsecured |
| Special Conditions: | The defendant shall report to Pretrial Services in San Francisco, California, as directed; The defendant's travel is restricted to the Northern District of California; The defendant shall not possess any firearms, destructive devices, or other dangerous weapons; The defendant shall surrender any passport and not possess any passport or travel document; The defendant shall not change residence without prior approval from Pretrial Services; The defendant shall refrain from excessive use of alcohol and from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription; The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services; The defendant shall stay away from the Egyptian Consulate and it's employees; The defendant shall participate in a psychiatric evaluation; and The defendant shall reside at CALEB program in Oakland, CA, and shall not leave except for Court and medical appointments. |

Page 2

**U.S.A. vs. Frederick GREEN**  **Docket No. <u>CR08-0150 MAG</u>**

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Victoria Gibson, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**

1) The above-referenced defendant, who was ordered by the Court to reside at CALEB program in Oakland, California, was terminated from said program on March 26, 2008, at approximately 1415 hours, for exhibiting aggressive behavior toward staff. Staff at the CALEB program advised that they were in the process of contacting the Oakland Police Department to assist in having the defendant removed from the premises.

Based on the foregoing, there is probable cause to believe that Frederick GREEN violated the conditions of his pretrial supervision release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted:

_[signature]_  3/26/08

Victoria Gibson                                        Date Signed
U.S. Pretrial Services Officer

Approved as to form:

_[signature]_

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

Page 3

## U.S.A. vs. Frederick GREEN    Docket No. <u>CR08-0150 MAG</u>

Having considered the information set forth above, the Court finds there is probable cause to believe there has been a violation of the conditions of supervision.

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why his/her bail should not be revoked.

☐ Other:_____

3/26/08
Date

Honorable Joseph C. Spero
U.S. Magistrate Judge

PS8A: Rev. 3/23/05