| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 11M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 10:40-10:48 & 11:12-11:15 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>April 14, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0150 JCS |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Frederick Green | | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Garrick Lew | PD. ☐  RET. ☐<br>APPT. ☒ |
| U.S. ATTORNEY<br>Jonathan Schmidt | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED    ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>04/25/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ OTHER<br>Review Psych Eval. |
| BEFORE HON.<br>Judge Spero | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft stated that he would prefer custody rather than return to CALEB house. Court will arrange for a referral to Judge James for a settlement conference, it the Court is unable to obtain a referral to Judge James, the Court will set up a telephonic conf. to discuss another magistrate judge. Psych eval was provided only to Garrick Lew.

KLH, JCS

DOCUMENT NUMBER: