UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR08-00150-1 JCS |
| Plaintiff(s), | **ORDER OF REFERRAL TO MAGISTRATE JUDGE MARIA-ELENA JAMES FOR A SETTLEMENT CONFERENCE** |
| v. | |
| FREDERICK GREEN, | |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT pursuant to Crim L.R. 11-1(a) this case shall be referred to Magistrate Judge Maria-Elena James for a settlement conference, to occur as soon as possible. The parties shall contact Judge James' chambers to set up a scheduling conference.

IT IS SO ORDERED.

Dated: April 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge