JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436–6776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK GREEN<br><br>    Defendants. | CR 08-0150 JCS<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>DATE    JUNE 20, 2008<br>TIME    10:30 AM<br>COURT    COURTROOM A 15TH FLOOR |

    Mr. Green is scheduled to be sentenced before this court on June 20, 2008, at 10:30 a.m. on one count of attempting to intimidate a foreign official in violation of 18 U.S.C. § 1112(b)(2).

    There is no plea agreement in this case. The offense is a Class B misdemeanor with a maximum sentence of six months' imprisonment and a maximum probationary sentence of five years. Because this offense is a class B misdemeanor, the Sentencing Guidelines do not apply. U.S.S.G. § 1B1.9.

    The presentence report recommends a sentence of two years probation with the standard conditions and three additional conditions.

    The United States has no factual objections to the presentence report and agrees

1 | with its sentencing recommendation.

2

3 | Dated: June 16, 2008               Respectfully submitted,

4 |                                    JOSEPH P. RUSSONIELLO
                                       United States Attorney

5

6 |                                    _____/S/_____
                                       JONATHAN D. SCHMIDT
7 |                                    Assistant United States Attorney