07/02/2008 11:31 AM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Francisco

| Party # | Party Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 001 | FREDERICK GREEN | | | | | | | |

| Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| DCAN308CR000150 | 504100 | US V GREEN SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461020557 | 1 | PR | 10.00 | 06/25/2008 |

Division Payment Total   10.00

Grand Total   10.00

$10.00 SPECIAL ASSESSMENT
PAID IN FULL
on 6-25-08

Page 1 of 1